**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

NICOLE KASPERSKI,
et al.,

              **Plaintiffs,**        **CIVIL ACTION NO. 07-CV-15501-DT**

  **VS.**                   **DISTRICT JUDGE ANNA DIGGS TAYLOR**

**VILLAGE OF NEW HAVEN,**   **MAGISTRATE JUDGE MONA K. MAJZOUB**
et al.,

              **Defendants.**

_____/


**OPINION AND ORDER GRANTING IN PART PLAINTIFFS' MOTIONS TO COMPEL**

       This matter comes before the Court on Plaintiffs' Motions to Compel. (Docket nos. 13, 14).

These motions were briefed, and the Court heard oral argument on them on December 8, 2008.

These motions were referred to the undersigned for decision on November 13, 2008. (Docket no.

18). Plaintiffs' motions are now ready for ruling.

       **I.**      **Plaintiffs' Motion to Compel Depositions**

       Plaintiffs' move to compel the depositions of Defendant Harris and Defendant LaBombard.

(Docket no. 13). Counsel have tentatively scheduled these depositions. The Court will order that

the depositions of Defendants Harris and LaBombard be completed before January 16, 2009.

       **II.**     **Plaintiffs' Motion to Compel Discovery**

       Plaintiffs also move to compel discovery. (Docket no. 14). Counsel for the parties agreed

on several actions during oral argument which will resolve this motion:

              A.      Defendants LaBombard and Moore will submit signed answers to Plaintiffs'

                      First Set of Interrogatories on or before December 22, 2008.

B.   Plaintiffs' counsel will submit a proposed protective order for the Defendants' production of the named Defendants' personnel files to Defendants' counsel on or before December 15, 2008.  Defendants will produce the named Defendants' personnel files pursuant to the protective order on or before December 19, 2008.

C.   Defendants will amend their response to Plaintiffs' Request for copies of investigator notes and reports, as agreed at the December 8 hearing, on or before December 19, 2008.

D.   Defendants will amend their response to Plaintiffs' Request for videotapes, as agreed during the December 8 hearing, on or before December 19, 2008.

E.   Defendants will amend their response to Plaintiffs' Request for copies of complaints against Defendants, as refined at the December 8 hearing, on or before December 19, 2008.

F.   Defendants will amend their response to Plaintiffs' Request for investigator reports "made by anyone" on or before December 19, 2008.

G.   Defendants will produce Mr. Wiley's memorandum on or before December 19, 2008.

H.   Defendants will respond to Plaintiffs' Second Request for Production of Documents on or before December 19, 2008.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motions to Compel (docket nos. 13, 14) are **GRANTED** to the extent set forth above, and are otherwise **DENIED**.

**NOTICE TO THE PARTIES**

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this

Order within which to file any written appeal to the District Judge as may be permissible under 28

U.S.C. 636(b)(1).


Dated: December 11, 2008                     s/ Mona K. Majzoub_____ _
                                            MONA K. MAJZOUB
                                            UNITED STATES MAGISTRATE JUDGE


**PROOF OF SERVICE**

I hereby certify that a copy of this order was served upon counsel of record on this date.

Dated: December 11, 2008                     s/ Lisa C. Bartlett_
                                            Courtroom Deputy